JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SHRI RADHA SHYAM SUNDAR, INC.,<br><br>Defendants. | Case No: SACV 16-553-GW(PJWx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL |

Upon Stipulation of the parties and good cause shown,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this __16th__ day of __August_____, 2016.

_____
GEORGE H. WU, U.S. District Judge